# IN THE SUPREME COURT OF THE STATE OF NEVADA

OTIS CHARLES BROWN,
                          Appellant,
                vs.
THE STATE OF NEVADA,
                          Respondent.

No. 72835

**FILED**

MAY 08 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to have sentences ran together, concurrent," denying a motion to correct and/or modify an illegal sentence, denying a motion for counsel, and denying a motion to remove district attorney. Fourth Judicial District Court, Elko County; Nancy L. Porter, Judge.

Our review of this appeal reveals jurisdictional defects. The notice of appeal was untimely filed as it relates to the order denying motion to correct and/or modify an illegal sentence. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Further, no statute or court rule provides for an appeal from district court orders denying a "motion to have sentences ran together, concurrent," denying a motion for counsel, and denying a motion to remove district attorney. The right to appeal is statutory; where no

17-15113

statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Nancy L. Porter, District Judge
Otis Charles Brown
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk

---

[1]In light of this order, we take no action on the pro se letter filed April 27, 2017.